# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES W. ROBINSON, JR., | : | |
| Plaintiff, | : | Case No. 3:05CV127 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| TWIST, INC., | : | |
| Defendant. | : | |

## ENTRY AND ORDER

The Court has reviewed *de novo* the Supplemental Report and Recommendation filed on November 20, 2006 (Doc. #32) filed by United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Supplemental Report and Recommendations.

It is therefore **ORDERED** that:

1. The Supplemental Report and Recommendations (Doc. #32) is ADOPTED in full;

2. Defendant's Motion to Dismiss (Doc. #25) is GRANTED in part, and Plaintiff's claim for unpaid unemployment compensation is DISMISSED for lack of subject matter jurisdiction;

3. Defendant's Motion to Dismiss (Doc. #25) is further GRANTED in part, and Plaintiff's claims against any individual Defendants under Title VII of the Civil Rights Act of 1964 are DISMISSED;

4. Defendant's Motion to Dismiss (Doc. #25) is DENIED in remaining part; and

     5.    Defendant's Alternative Motion for More Definite Statement (Doc. #25) is DENIED.

December 19, 2006                             **s/THOMAS M. ROSE**

                                           Thomas M. Rose
                                 United States District Judge